# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00777-CV

**Jill Gajkowski, Appellant**

**v.**

**Target National Bank f/k/a Retailers National Bank, Appellee**

### FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
### NO. 07-11392, HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Jill Gajkowski filed a motion requesting that this appeal be dismissed. *See*

Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed: August 7, 2009